Opinion issued June 21, 2007













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00021-CR

____________


MARKEITH DELVON WHITING, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from County Criminal Court at Law No. 8 District Court 

Harris County, Texas

Trial Court Cause No. 1401502






MEMORANDUM OPINION

 On March 30, 2007, appellant, Markeith Delvon Whiting, filed a motion to
dismiss this appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We dismiss any pending motions as moot.

 We direct the Clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justice Taft, Jennings, and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).